IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SERGIO FUENTES,

     Plaintiff,

v.                                              CASE NO.: 4:12cv56-SPM/CAS

CLASSIFICATION OFFICER ROBINSON
and THE FLORIDA DEPARTMENT OF
CORRECTIONS,

     Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

     This cause comes before the Court for consideration of the Magistrate

Judge's Report and Recommendation (doc. 16). Plaintiff has been afforded an

opportunity to file objections. No objections were filed. Upon consideration, I

have determined that the Report and Recommendation is correct and should be

adopted. Accordingly, it is hereby

     ORDERED AND ADJUDGED:

    1.    The Magistrate Judge's Report and Recommendation (doc. 16) is

         adopted and incorporated by reference in this order.

    2.    The Florida Department of Corrections is dismissed as a Defendant

in this case.

3.      This case is transferred to the United States District Court for the

Southern District of Florida, Palm Beach Division, for all further

proceedings.

DONE AND ORDERED this 26th day of September, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge